IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE DIET DRUGS
(PHENTERMINE/FENFLURAMINE/
DEXFENEFLURAMINE) PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 1203

PATRICIA MOSLEY, RUBY NELL HOWELL, SANDRA L. HARRIS, SHARON P. WEATHERSBY, PAMELIA R. PHELAN, DAVID L. PERRY, MARY STEWART, MONICA JAMES, BEVERLY TOLIVER, JERRY L. SMITH, DOROTHY OWENS, DORIS MCSWINE, CRYSTAL FRANKS, PHILIP COHEN, FRANCELIA RENA WILLIAMS, MOROLINE H. ALLEN, ROSEMARIE M. BROOKS, JACKIE FOLLIS-MCCLURE, RHONDA PRISOCK, DEBBIE GIRDLEY, WINDIA JONES, EARNESTINE WHITE, KIM HENDERSON, JOSEPH LEE, JR., CHARLOTTE S. PRICE, QUINITA TILLMAN, ARMA SHEPPARD HARPER, CYNDI D. KING, TODD ERIC MORGAN, SYLVIA L. HEMPHILL, BARBARA CHALMERS, STEPHEN F. BREIMER, DIANE THOMPSON, JOANNA PRATHER, VALENTA ALLEN-WILLIAMS, CHARLES DAVID STEWART, DEBRA HILL, DON HOLLINGSWORTH, CAROL SIMMONS AND CHRISTINE COLEMAN

PLAINTIFFS

VS.

MDL CIVIL ACTION NO. 02-20081

WYETH-AYERST PHARMACEUTICALS, INC., f/k/a Wyeth-Ayerst Laboratories, Inc., a division of American Home Products, Inc.; WYETH LABORATORIES, INC., A. H. ROBINS COMPANY, INC.; AMERICAN HOME PRODUCTS, INC.; MCR PHARMACEUTICALS INC., a/k/a American Pharmaceuticals, Inc., a/k/a MCR/American Pharmaceuticals, Inc.; JONES MEDICAL INDUSTRIES, a/k/a Abana Pharmaceuticals, Inc.; QUALITEST PRODUCTS, INC.; EON LABS MANUFACTURING, INC.; FISONS CORPORATION; GATE PHARMACEUTICALS; INTERNEURON PHARMACEUTICALS, INC.; MEDEVA PHARMACEUTICALS, INC.; RUGBY LABORATORIES, INC.; SMITHKLINE BEECHAM CORPORATION;TYSON DRUGS, INC.;

ROY SMITH d/b/a STARKVILLE DISCOUNT DRUGS;
WAL-MART ASSOCIATES, INC.;
GATHRIGHT-REED DRUG COMPANY; CENTREVILLE DRUGS;
and GOLDLINE LABORATORIES, INC., a division
of IVAX Corporation DEFENDANTS

**MOTION FOR LEAVE OF COURT TO DESIGNATE EXPERTS**

Plaintiffs Patricia Mosley, et al. file this motion for leave of court to designate generic experts as follows:

1. The discovery initiation date in this case was June 1, 2002. When Plaintiffs were notified of the discovery initiation date and the requirement for the submission of Plaintiffs' fact sheets, Plaintiffs' counsel and Plaintiffs began concentrating their efforts on completing the Plaintiffs' fact sheets, and medical authorizations. In light of the large number of Plaintiffs in this case and related MDL 1203 cases handled by Plaintiffs' counsel, this took a considerable amount of time since many of the Plaintiffs in each case had relocated, and many Plaintiffs needed considerable assistance in preparing the Plaintiffs' fact sheets. As a result, Plaintiffs' counsel's time and resources were consumed by their efforts to complete and provide the numerous Plaintiffs' fact sheets and medical authorizations in this case.

2. As a result, Plaintiffs did not designate generic experts before the deadline of June 1, 2002. While not offering it as a complete excuse for the failure to designate experts, Plaintiffs note that the copy of Pre-Trial Order No. 2356 which was included in the numerous documents provided to Plaintiffs' counsel when this case was transferred to the Multi-District Litigation did not include the chart of rolling due dates applicable to this case. As soon as Plaintiffs' counsel became aware of the applicable chart of rolling due dates for this case, counsel began its review and preparation of Plaintiffs' proposed designation of generic experts. Attached to this motion is Plaintiffs' designation of generic experts which the Plaintiffs request that the court permit them to

file. (Exhibit "A").

3. The Plaintiffs' delay in designating these expert witnesses was not made in bad faith and was not made with the purpose of causing any undue delay in these proceedings. Plaintiffs submit that this case is still in the early stages of discovery since the parties are still in the process of obtaining the applicable medical records, and no depositions have been scheduled at this time. Additionally, Plaintiffs submit that Defendants would not be unduly prejudiced by the Plaintiffs' delay in designating the generic experts since Defendants have long been in possession of these particular experts' reports. Plaintiffs would not have any objection if Defendants need additional time to designate generic or case specific experts in response to Plaintiffs' designation.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant Plaintiffs leave to designate the generic experts listed in Exhibit "A".

RESPECTFULLY SUBMITTED this the _______ day of August, 2002.

PATRICIA MOSLEY, RUBY NELL HOWELL, SANDRA L. HARRIS, SHARON P. WEATHERSBY, PAMELIA R. PHELAN, DAVID L. PERRY, MARY STEWART, MONICA JAMES, BEVERLY TOLIVER, JERRY L. SMITH, DOROTHY OWENS, DORIS MCSWINE, CRYSTAL FRANKS, PHILIP COHEN, FRANCELIA RENA WILLIAMS, MOROLINE H. ALLEN, ROSEMARIE M. BROOKS, JACKIE FOLLIS-MCCLURE, RHONDA PRISOCK, DEBBIE GIRDLEY, WINDIA JONES, EARNESTINE WHITE, KIM HENDERSON, JOSEPH LEE, JR., CHARLOTTE S. PRICE, QUINITA TILLMAN, ARMA SHEPPARD HARPER, CYNDI D. KING, TODD ERIC MORGAN, SYLVIA L. HEMPHILL, BARBARA CHALMERS, STEPHEN F. BREIMER, DIANE THOMPSON, JOANNA PRATHER, VALENTA ALLEN-WILLIAMS, CHARLES DAVID STEWART, DEBRA HILL, DON HOLLINGSWORTH, CAROL SIMMONS AND CHRISTINE COLEMAN

By:_________________________________
THOMAS Y. PAGE (MSB 3985)
H. GRAY LAIRD, III (MSB 8979)

OF COUNSEL:

Thomas Y. Page (MSB 3985)
H. Gray Laird, III (MSB 8979)
PAGE, KRUGER & HOLLAND, P.A.
10 Canebrake Boulevard, Suite 200
Jackson, Mississippi 39232-2212

(Mailing Address)
Post Office Box 1163
Jackson, Mississippi 39215-1163
(601) 420-0333
(601) 420-0033 (facsimile)

Wilbur O. Colom (MSB 6403)
THE COLOM LAW FIRM
406 Third Avenue North
Post Office Box 866
Columbus, Mississippi 39703
(662) 327-0903
(662) 329-4832 (facsimile)

CERTIFICATE OF SERVICE

This is to certify that I have this day mailed a true and correct copy of the above and foregoing Motion for Leave of Court to Designate Experts, postage prepaid, by means of United States Mail to the following counsel of record:

Arnold Levin, Esquire
Levin, Fishbeing, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, Louisiana 70130
**Co-Chair of Plaintiffs' Management Committee**

Stanley M. Chesley, Esquire
Jean M. Geoppinger, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Centra Trust Tower
One West Fourth Street
Cincinnati, Ohio 45202
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, Pennsylvania 19106
**Office of the Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103-7301
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

Edward W. Maderia, Jr., Esquire
Pepper Hamilton LLP
Bell Atlantic Building, 34th Floor
1717 Arch Street
Philadelphia, Pennsylvania 19103
**Liaison Counsel for Phentermine Manufacturers & Suppliers**

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West
Suite 1500
Philadelphia, Pennsylvania 19102
**Liaison Counsel for Retailers**

Alan Klein, Esquire
Hangley, Aronchick, Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
**Lead Counsel for Interneuron**

Gregory P. Miller
Office of the Special Discovery Master
Miller, Alfano & Raspanti, P.C.
1818 Market Steet, Suite 3402
Philadelphia, Pennsylvania 19103
**Special Discovery Master**

Neville H. Boschert, Esquire
Watkins, Ludlam, Winter & Stennis, P.A.
Post Office Box 427
Jackson, Mississippi 39205-0427
**Attorney for MCR Pharmaceuticals, Inc.**

Shannon M. Bruno, Esquire
Ungarino & Eckert LLC
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
**Attorneys for Jones Medical Industries**

Sheila M. Bossier, Esquire
Forman, Perry, Watkins, Krutz & Tardy
Post Office Box 2608
Jackson, Mississippi 39225-2608
**Attorney for Qualitest Products, Inc.**

Kimberly N. Howland, Esquire
Wise, Carter, Child & Carraway, P.A.
Post Office Box 651
Jackson, Mississippi 39205
**Attorney for Medeva Pharmaceuticals, Inc. and Fisons Corporation**

Kenna L. Mansfield, Esquire
Kelly D. Simpkins, Esquire
Wells, Marble & Hurst
Post Office Box 131
Jackson, Mississippi 39205-0131
**Attorneys for Gate Pharmaceuticals**

Michael V. Cory, Jr., Esquire
Steen, Reynolds & Dalehite
Post Office Box 900
Jackson, Mississippi 39205-0900
**Attorneys for Interneuron Pharmaceuticals, Inc.**

Ronald G. Peresich, Esquire
Michael F. Whitehead, Esquire
Emilie F. Whitehead, Esquire
Page, Mannino, Peresich & McDermott, PLLC
Post Office Drawer 289
Biloxi, Mississippi 39533
**Attorneys for Rugby Laboratories, Inc. and Goldline Laboratories, Inc.**


G:\FIRM\PAGE\FEN_PHEN\MOSLEY\PLDGS\motionforleaveofcourttodesignateexperts.wpd

P. N. Harkins, III, Esquire
Lynn P. Risley, Esquire
Watkins & Eager
Post Office Box 650
Jackson, Mississippi 39205-0650
**Attorneys for Smithkline Beecham Corporation**

W. Luther Wilson, Esquire
John Steward Tharp
Taylor, Porter, Brooks & Phillips
Post Office Box 2471
Baton Rouge, Louisiana 70821
**Attorneys for Eon Labs Manufacturing, Inc.**

Luke Dove, Esquire
Dove & Chill
4266 I-55 North, Suite 108
Jackson, Mississippi 39211
**Attorney for Wal-mart Associates, Inc. and Super Sav-On-Drugs of Mississippi, Inc.**

Whitman B. Johnson, III, Esquire
Currie, Johnson, Griffin, Gaines & Myers
Post Office Box 750
Jackson, Missisippi 39205-0750
**Attorneys for Roy Smith d/b/a Starkville Discount Drugs**

William M. Gage, Esquire
James B. Galloway, Esquire
Butler, Snow, O'Mara, Stevens & Cannada
Post Office Box 22567
Jackson, Mississippi 39225-2567
**Attorneys for Wyeth-Ayerst Pharmaceuticals, Inc. and American Home Products, Inc.**

This the ______ day of August, 2002.

______________________________
H. GRAY LAIRD, III