IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (Phentermine/<br>Fenfluramine/Dexfenfluramine)<br>PRODUCTS LIABILITY LITIGATION | § § § § § | MDL DOCKET NO. 1203 |
| This document relates to:<br><br>PATRICIA MOSLEY, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>WYETH-AYERST, et al.,<br><br>    *Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 02-20122 |

ENTRY OF APPEARANCE
FOR INDEVUS PHARMACEUTICALS, INC.,
f/k/a INTERNEURON PHARMACEUTICALS, INC.

COME NOW, Lanny R. Pace and William M. Dalehite, Jr. of the Law Firm of Steen Dalehite & Pace, LLP, and enter their appearance as counsel for the defendant, Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc., in the above styled and numbered cause.

LANNY R. PACE, MSB No. 9996

OF COUNSEL:

STEEN DALEHITE & PACE, LLP
LANNY R. PACE, MS BAR NO. 9996
WILLIAM M. DALEHITE, JR., MS BAR NO. 5566
Heritage Building, Suite 415
401 East Capitol Street
P. O. Box 900
Jackson, MS 39205-0900
Telephone: 601/969-7054
Facsimile:  601/353-3782

**CERTIFICATE**

    I, Lanny R. Pace, do hereby certify that I have this date mailed, postage prepaid, a true and correct copy of the foregoing to:

H. Gray Laird, III
Page, Kruger & Holland, P.A.
10 Canebrake Boulevard
Suite 200
Jackson, MS 39232

Wilbur O. Colom
Rhonda Hayes-Ellis
The Colom Law Firm
P. O. Box 866
Columbus, MS 39703

Michael T. Scott
Paul B. Kerrigan
Reed Smith, LLP
2500 One Liberty Place
Philadelphia, PA 19103

G. Sean Jez
George Fleming
James L. Doyle, II
Rand P. Nolen
Fleming & Associates, LLP
1330 Post Oak Boulevard, Suite 3030
Houston, TX 77056

Paul A. Harris
Harris & Coffey
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103

Mike O'Brien
Mike O'Brien, P.C.
1330 Post Oak Boulevard, Suite 2960
Houston, TX 77056

Neville H. Boshcert
Watkins, Ludlam, Winter & Stennis, P.A.
P. O. Box 427
Jackson, MS 39205-0427

A. P. Murrah, Jr.
Thomas G. Wolfe
Phillips McFall McCaffrey McVay & Murrah, P.C.
211 North Robinson, 12th Floor
Oklahoma City, OK 73102

Patricia A. Dean
Rebecca L. Dubin
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206

Robert C. Margo
Perry T. Marrs, Jr.
William C. Medley, IV
Short, Wiggins, Margo & Butts
210 Park Avenue, Suite 3100
Oklahoma City, OK 73102

William M. Gage
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Fred L. Banks, Jr.
James W. Shelson
Phelps Dunbar
P. O. Box 23066
Jackson, MS 39225-3066

Matthew J. Ungarino
Wayne R. Maldonado
Ungarino & Eckert, LLC
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, LA 70002

Sheila M. Bossier
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 2608
Jackson, MS 39225-2608

Richard D. Gamblin
Wise Carter Child & Caraway
P. O. Box 651
Jackson, MS 39205

Kenna L. Mansfield, Jr.
Kelly D. Simpkins
Wells, Marble & Hurst
P. O. Box 131
Jackson, MS 39205-0131

Ronald G. Peresich
Michael F. Whitehead
Emilie F. Whitehead
Page, Mannino, Peresich & McDermott, PLLC
P. O. Drawer 289
Biloxi, MS 39533

P. N. Harkins, III
Walter T. Johnson
Lynn P. Ladner
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

W. Luther Wilson
John Stewart Tharp
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821

Luke Dove
Dove & Chill
4266 I-55 North, Suite 108
Jackson, MS 39211

    This the _____ day of May, 2004.

_____
LANNY R. PACE